COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     RSL Funding, LLC v. Gregory S. Everett, The Prudential Insurance Company of America and PRUCO Assignment Corporation

Appellate case number:   01-11-01070-CV

Trial court case number:  0941386A

Trial court:             11th District Court of Harris County

On November 16, 2012, this court ordered that the above-referenced appeal was stayed due to bankruptcy. *See* 11 U.S.C. § 362(a) (2011); TEX. R. APP. P. 8.1, 8.2. On July 14, 2015, appellee, Prudential Insurance Company of America, filed a letter-motion stating that the United States Bankruptcy Court had lifted the automatic stay to allow this appeal to proceed. Appellee therefore requests that we reinstate this appeal.

Accordingly, we **grant** appellee's letter-motion and **reinstate** this case on the Court's active docket. *See* TEX. R. APP. P. 8.3(a).

Appellant's brief is ORDERED to be filed no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a).

Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

All previously-pending motions for extension of time are dismissed as moot.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                   ☒ Acting individually     ☐ Acting for the Court

Date: August 11, 2015